IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERESA A. NELSON, | 6:15-cv-01775-JE |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner, Social Security Administration, | |
| Defendant. | |

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#15) on May 9, 2017, in which he recommends the Court reverse the Commissioner's decision denying Plaintiff's application for disability insurance benefits and remand this

---

[1] On January 23, 2017, Nancy A. Berryhill was appointed the Acting Commissioner of Social Security and pursuant to Federal Rule of Civil Procedure 25(d) is substituted as the Defendant in this action.

1 - ORDER

matter for further proceedings consistent with the Findings and Recommendation.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#15). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this matter for further proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 2nd day of June, 2017.

_____
ANNA J. BROWN
United States District Judge